UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA<br><br>v.<br><br>TYLER D. KLINE,<br><br>Defendant. | Case No. 4:15-mj-71317-MAG-1   (DMR)<br><br>Charging District: Central District of Illinois<br>Charging District's Case No.:<br>15-CR-10054-001-JBM-JEH |
|---|---|

**ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL**

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: U.S. District Court, Central District of Illinois, 100 N. E. Monroe St., Peoria, IL 61602 | Courtroom No.: Courtroom C<br><br>Magistrate Judge Jonathan E. Hawley<br><br>Date and Time: December 7, 2015 1:30 PM |
|---|---|

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Dated: 10/23/2015

_____
DONNA M. RYU
United States Magistrate Judge

cc: Copy to parties via ECF, Pretrial Services, Mag. Judge Jonathan E. Hawley's chambers